### LOWNSBURY *ads.* RATHBONE.

MOTION for costs. At the last February term the defendant attended court to oppose a motion, which not being made, the court ordered a rule for costs for attending prepared to oppose. The rule was not entered, and the court were now asked for a direction to the clerk to enter the rule.

*By the Court,* SUTHERLAND, J. The motion comes too late. It is the business of the party to see that his rule is entered.

Motion denied.

*When costs are allowed for attending to oppose, the party must see to the entry of his rule, or they will not be subsequently allowed.*